**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-12-221 |
| | § | |
| | § | |
| DEMI MISCHEL MUNIZ | § | |

**ORDER**

The attached Court's Instructions to the Jury at Conclusion of Trial was charged to

the jury on even date and is to be entered in the record.

SIGNED on January 31, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge