**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-12-221-1 |
| | § | |
| | § | |
| DEMI MISCHEL MUNIZ | § | |

**O R D E R**

The parties filed a joint motion for continuance of the sentencing hearing, (Docket

Entry No.118). The  motion for continuance is GRANTED.  The sentencing hearing is reset

to **October 23, 2013 at 9:30 a.m.**

SIGNED on September 26, 2013, at Houston, Texas.


Lee H. Rosenthal
United States District Judge